JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ANDREW TREVOR CLARKE,<br><br>Plaintiff,<br><br>vs.<br><br>CARY TONG and JAMES BOLDEN individually and as a peace officers,<br><br>Defendants. | CASE NO. SACV12 373 JLS (JPRx)<br><br>**JUDGMENT**<br><br>Trial: October 8, 2013 |

On August 26, 2013, pursuant to this Court's Minute Order granting, in part, Defendants City of Fullerton, Michael Sellers and Officers Cary Tong and James Bolden's Rule 56 Motion this Court granted judgment in favor of City of Fullerton and Michael Sellers on plaintiff Andrew Trevor Clarke's *Monell* claim pursuant to 42 U.S.C. §1983.

Thereafter, on October 11, 2013, on Special Verdict, the jury found in favor of Defendants Officers Cary Tong and James Bolden as follows,

/ / /

/ / /

/ / /

4833-3576-2198.1

[PROPOSED] JUDGMENT

LEWIS BRISBOIS

**Question # 1:** Did Cary Tong retaliate against Andrew Trevor Clarke because Andrew Trevor Clarke was exercising his First Amendment right?

_____ YES     ____x____ NO

**Question # 2:**

Did Cary Tong use excessive force against Andrew Trevor Clarke?

_____ YES     ____x____ NO

**Question # 3:**

Did James Bolden use excessive force against Andrew Trevor Clarke?

_____ YES     ____x____ NO

**PURSUANT TO THIS COURT'S MINUTE ORDER OF AUGUST 26, 2013 FINDING IN FAVOR OF CITY OF FULLERTON AND MICHAEL SELLERS,**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED Defendants City of Fullerton and Michael Sellers shall have judgment entered in their favor on plaintiff Andrew Trevor Clarke's *Monell* claim pursuant to 42 U.S.C. §1983; and

**PURSUANT TO THE JURY'S VERDICT OF OCTOBER 11, 2013 FINDING IN FAVOR OF DEFENDANTS OFFICERS CARY TONG AND JAMES BOLDEN,**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED Defendants Officers Cary Tong and James Bolden shall have judgment entered in their favor on plaintiff Andrew Trevor Clarke's claim of excessive force pursuant to 42 U.S.C. §1983; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED Defendant Cary Tong shall have judgment entered in his favor on plaintiff Andrew Trevor Clarke's claim of Violation of Andrew Trevor Clarke's rights under the First Amendment

pursuant to 42 U.S.C. §1983; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Andrew Trevor Clarke take nothing and Defendants City of Fullerton, Michael Sellers, Cary Tong and James Bolden shall recover costs of suit.

DATED: October 22, 2013

_____
UNITED STATES DISTRICT COURT JUDGE